## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>       **Plaintiff,**<br><br>  **vs.**<br><br>**$90,080.00 IN UNITED STATES CURRENCY,**<br><br>       **Defendant.** | **CASE NO. 8:14CV103**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Stipulation for Dismissal (Filing No. 11).  The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The above-captioned action should be dismissed without prejudice.  The Court will not assess costs and attorney's fees.  Accordingly,

IT IS ORDERED:

1.  The Parties' Stipulation for Dismissal (Filing No. 11) is approved;

2.  The above-captioned action is dismissed without prejudice; and

3.  The Court will not assess costs and attorney's fees.


Dated this 14th day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge